# In the United States Court of Federal Claims

ALAN OTT

                Plaintiff(s),

v.

THE UNITED STATES,

                Defendant.

Case No. 24-1834 C

Judge _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.
If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

Pursuant to 28 U.S.C. § 1491(a), the United States Court of Federal Claims has jurisdiction to render judgment upon this timely claim against the United States because it is founded upon the Constitution, an Act of Congress, and the regulations of an executive department.

Received - USCFC

NOV - 6 2024

A-5

2. **PARTIES**

Plaintiff, Alan Ott_____, resides at 22564 Windsor Locks Sq_____
                                                     (Street Address)

Ashburn, Virginia 20148_____,   (703) 473-1124_____
         (City, State, ZIP Code)                    (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

_____
_____

3. **PREVIOUS LAWSUITS.** Have you begun other lawsuits in the United States Court of Federal Claims?   ☐ Yes  ☑ No

If yes, please list cases: _____

4. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

A. Claimant retired from the federal civil service on August 15, 2023, and is a retired employee in the Federal Employees Retirement System ("FERS").

B. Claimant was a Federal Employees Health Benefits ("FEHB") program participant for all but 11 months of his 22 years and 8 months of federal employment.

C. The Office of Personnel Management ("OPM") deemed Claimant ineligible for the Retired FEHB program because of a delay in his re-enrollment after a break in federal service.

D. On April 4, 2024, Claimant made a timely request that OPM reconsider its decision to deny his Retired FEHB application.

E. On October 7, 2024, OPM denied Claimant's request for reconsideration that it approve his Retired FEHB application.

**5. RELIEF.** Briefly state exactly what you want the court to do for you.

Based on principles of equity and good conscience, Claimant wants the United States Court of Federal Claims to determine that he is eligible for participation in the Retired Federal Employees Health Benefits Program pursuant to Part 891 of Title 5 of the Code of Federal Regulations.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th day of November, 2024.
       (day)          (month)       (year)

Alan Ott
Digitally signed by Alan Ott
Date: 2024.11.05 20:53:19 -05'00'

Signature of Plaintiff(s)

A-7